## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

---

| | |
|---|---|
| **JUDY CURLEE** ) | |
| ) | **Case Number: 1:10-cv-1752** |
| ) | |
| **Plaintiff** ) | |
| ) | |
| **vs.** ) | |
| ) | |
| **CAVALRY PORTFOLIO SERVICES,** ) | |
| **LLC** ) | |
| **Defendant** ) | |
| ) | |

---

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiff, Judy Curlee, pursuant to Rule  41(a)(1)(i)

of the Rules of the United States District Court, hereby dismisses the action captioned

above, with prejudice.



BY: /s/  Brent F. Vullings
          Brent F. Vullings,Esquire
          Attorney for Plaintiff
          Attorney I.D. #92344
          Warren & Vullings, LLP
          1603 Rhawn Street
          Philadelphia, PA  19111
          215-745-9800